IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:14CR8** |
| vs. | |
| IVELL M. HAGENS, | **ORDER** |
| Defendant. | |

Defendant Ivell M. Hagens appeared before the court on Monday, April 11, 2016 on a Petition for Warrant for Offender Under Supervision [39]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The government moved for detention. A combined Preliminary and Detention hearing was held. The government's motion for detention is denied, therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1.    A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 1, 2016 at 1:00 p.m. Defendant must be present in person.

2.    The defendant is to be released on current conditions of supervision.

Dated this 11th day of April, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge