IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATE OF AMERICA, | ) | Case No. 8:14CR8 |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| IVELL M. HAGENS, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on 1/12/2018 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibit 101 from Motion to Review Detention hearing held 9/12/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: January 12, 2018

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge