IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR8 |
| vs. | |
| IVELL M. HAGENS, | DETENTION ORDER |
| Defendant. | |

The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the evidence presented in court and contained in the court's records. Specifically, upon hearing the evidence, the court finds there is reason to believe that Hagens committed domestic assault in January of 2019; his lengthy criminal history reflects a pattern of assaultive behavior, particularly against females; he has a violated the terms of his supervised release in the past and is now on his third term of supervised release; and he has a significant history of failure to appear at court proceedings.

Accordingly,

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

July 18, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge